557 A.2d 1060

**William GOLDEN and Eileen Golden, h/w, Appellants,**

v.

**WILLIARD COMPANY, INC., One Logan Square Associates, Kohn, Pederson & Fox Association and Turner Construction Company**

v.

**JOHN F. HARKINS COMPANY, INC., and Approved Ladder and Equipment Company, Inc.**

Supreme Court of Pennsylvania.

Argued April 11, 1989.

Decided April 18, 1989.

Joseph Lurie, Richard M. Jurewicz, Philadelphia, for appellants.

James R. Kahn, Margaret A. Browning, Samuel Spear, Philadelphia, for—amicus—Dist. Council No. 21, et al.

David S. Shrager, Philadelphia, for the Amici District Council No. 21 of the Intern. Brotherhood of Painters and Allied Trades, AFL–CIO; Glaziers Local 252 & 252–B of the Intern. Brotherhood of Painters and Allied Trades; Intern. Brotherhood of Boilermakers, Local 13, AFL–CIO; Intern. Brotherhood of Electrical Workers, Local 654, AFL–CIO; Service Employees Intern. Union Local 36, AFL–CIO; and Steamfitters Local 420 of the United Ass'n of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the U.S. and Canada.

Lawrence L. Robinson, Philadelphia, for—One Logan Sq. Ass'n.

Joseph Green, Christopher Santoro, Philadelphia, for—Approved Ladder & Equipment Co.

H. Coleman Switkay, Philadelphia, for—Turner Const. Co.

Joel Fishbein, Philadelphia, for—Williard Co.

John DeFeo, Philadelphia, for—John Harkins Co.

Anthony J. Bilotti, Havertown, for—amicus—The Pa. Defense Institute.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.